FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 7 AM 10 47

STEPHAN HARRIS, CLERK
CHEYENNE

MISTY LEA STRICKER-CAMPOS
5119 KING ARTHUR WAY
CHEYENNE, WY 82009
307-275-6029
307-369-1638

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

MISTY LEA STRICKER-CAMPOS Plaintiff,   )
                                        )
            vs.                         )   Case No. 12 CV 251-S
                                        )
LARAMIE COUNTY, WYOMING    Defendant(s). )
FIRST JUDICIAL DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff in the above-entitled matter hereby moves the court for an order

appointing legal counsel to act on his/her behalf. (Insert reason for requesting

counsel.)

Dated this 7 day of NOVEMBER, 2012.

*Misty Lea Stricker* (signature)

MISTY LEA STRICKER-CAMPOS
Print your name below line